UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | 4:03-mj-47-GRS-1 |
|---|---|---|
| v. | ) | |
| BANY GARCIA MEXQUITITLA | ) | |

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, without prejudice, the complaint filed against BANY GARCIA MEXQUITITLA in case number 4:03-mj-47, this dismissal being in the interests of justice.

Respectfully submitted,

R. BRIAN TANNER
UNITED STATES ATTORNEY

*/s/ Matthew A. Josephson*
Matthew A. Josephson
Assistant United States Attorney

Leave of court is granted for the filing of the foregoing dismissal, without prejudice, of the complaint filed in case number 4:03-mj-47. The complaint is hereby dismissed without prejudice.

So ORDERED, this 15th day of November, 2017

HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA